UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| CHRISTIE STINSON, | Plaintiff, |
| v. | Civil Action No. 3:23-cv-183-DJH-LLK |
| YUM! BRANDS, INC., | Defendant. |
| | |
| JESSICA GRAVITT, | Plaintiff, |
| v. | Civil Action No. 3:23-cv-201-DJH-LLK |
| YUM! BRANDS, INC., | Defendant. |
| | |
| HALEY BEASLEY, | Plaintiff, |
| v. | Civil Action No. 3:23-cv-206-DJH-LLK |
| YUM! BRANDS, INC., | Defendant. |
| | |
| DEMETRA DOSS, | Plaintiff, |
| v. | Civil Action No. 3:23-cv-214-DJH-LLK |
| YUM! BRANDS, INC., | Defendant. |
| | |
| DAVID KNIGHTEN, | Plaintiff, |
| v. | Civil Action No. 3:23-cv-274-DJH-LLK |
| YUM! BRANDS, INC., | Defendant. |
| | |
| KAREN ESTER, | Plaintiff, |
| v. | Civil Action No. 3:23-cv-290-DJH-LLK |
| YUM! BRANDS, INC., | Defendant. |

1

\* \* \* \* \*

## **ORDER**

Plaintiffs Christie Stinson, Jessica Gravitt, Haley Beasley, Demetra Doss, and Karen Ester move to consolidate several related cases against Defendant Yum! Brands, Inc. (*Stinson v. Yum! Brands, Inc.*, 3:23-cv-183-DJH-LLK, Docket No. 19; *Ester v. Yum! Brands, Inc.*, 3:23-cv-290-DJH-LLK, D.N. 12)  The motions were referred to Magistrate Judge Lanny King for report and recommendation.  (*Stinson*, 3:23-cv-183, D.N. 27)  Judge King issued his Report and Recommendation on November 15, 2023, recommending that all related cases pending against Yum! Brands be consolidated with *Stinson v. Yum! Brands, Inc.*, the first-filed action.  (*Stinson*, 3:23-cv-183, D.N. 33)  The time for objections to the magistrate judge's findings and recommendations has now run, with no objections filed.  *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

Because no party has objected to the Report and Recommendation, the Court may adopt it without review.  *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Nevertheless, the Court has conducted its own review of the record and sees no error in the magistrate judge's findings and conclusions.  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The Report and Recommendation of Magistrate Judge Lanny King (*Stinson*, 3:23-cv-183, D.N. 33) is **ADOPTED** in full and **INCORPORATED** by reference herein.

(2) Plaintiffs' motions to consolidate (*Stinson*, 3:23-cv-183, D.N. 19; *Ester*, 3:23-cv-290, D.N. 12) are **GRANTED**.  Pursuant to Federal Rule of Civil Procedure 42(a), Civil Action Nos. 3:23-cv-183-DJH, 3:23-cv-201-DJH, 3:23-cv-206-DJH, 3:23-cv-214-DJH, 3:23-cv-274-DJH, and 3:23-cv-290-DJH are **CONSOLIDATED** for all further proceedings.

(3) **The Clerk of Court shall amend the caption in the first-filed action**, Civil Action No. 3:23-cv-183-DJH, to add Jessica Gravitt, Haley Beasley, Demetra Doss, Karen Ester, and David Knighten as plaintiffs.

(4) The pending motions to appoint class counsel (*Stinson*, 3:23-cv-183, D.N. 22; *Ester*, 3:23-cv-290, D.N. 12) are **DENIED** without prejudice as moot. Any renewed motion to appoint class counsel may be filed in the consolidated action.

(5) **The Clerk of Court shall ADMINISTRATIVELY CLOSE the later-filed actions**, Civil Action Nos. 3:23-cv-201-DJH, 3:23-cv-206-DJH, 3:23-cv-214-DJH, 3:23-cv-274-DJH, and 3:23-cv-290-DJH.

(6) The parties to the consolidated action **SHALL** file a notice of related cases whenever a case that should be consolidated into the action is filed in, or transferred to, this District. The Court shall then determine whether the newly filed or transferred action will be added to the consolidated action. The parties shall have **ten (10) days** to file objections to any future order of consolidation.

(7) Plaintiffs in the consolidated action **SHALL** file a consolidated amended complaint within **thirty (30) days** of entry of this Order.

(8) Defendants **SHALL** answer the consolidated amended complaint within **sixty (60) days** of its filing.

January 18, 2024

David J. Hale, Judge
United States District Court